670 A.2d 1053
IN THE MATTER OF BASIL D. BECK,
III, AN ATTORNEY AT LAW.

February 9, 1996.

## ORDER

The Disciplinary Review Board on November 13, 1995, having filed with the Court its decision concluding that a letter of admonition should be issued to **BASIL D. BECK, III,** of **NORRISTOWN, PENNSYLVANIA,** who was admitted to the bar of this State in 1992, for violation of *RPC* 5.5(a) (failure to maintain a *bona fide* office), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.